[No. 64438-6-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JAMES DELPRIORE, *Appellant*.

*Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Leach, JJ.

[No. 64453-0-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY RALPH KING, *Appellant*.

*Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 64512-9-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR IVAN AMELCO, *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Lau, JJ.

[No. 64548-0-I.   Division One.   January 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ERIC MURSCH, *Appellant*.

*Affirmed in part* and *remanded* by unpublished opinion per Spearman, J., concurred in by Becker and Ellington, JJ.